**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**PATRICIA I. ERMINI,**

       **Plaintiff,**

**v.**                                            Case No:   2:15-cv-701-FtM-31CM

**MIKE SCOTT, CHARLENE PALMESE,**
**RICHARD LISENBEE, ROBERT**
**HAMER and WILLIAM MURPHY,**

       **Defendants.**

## NOTICE OF DATE CERTAIN FOR TRIAL

**TAKE NOTICE** that the jury trial in this matter shall commence on a date certain before the Honorable Gregory A. Presnell, United States District Judge, on **TUESDAY, JANUARY 9, 2018**, at **9:15 AM**, in **Courtroom #6a**, United States Courthouse and Federal Building, 2110 First Street, Ft. Myers, Florida.

It is **ORDERED** that in light of Judge Steele's Order on Defendants' Motion for Summary Judgment (Doc. 98), the parties shall confer and file an amended pre-trial statement by December 15, 2017.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party