UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA

PATRICIA I. ERMINI,                    CASE NO. 2:15-cv-701-FtM-31CM
formerly known as PATRICIA I. MAPES,

       Plaintiff,

vs.

MIKE SCOTT, as Sheriff of Lee County,
Florida, CHARLENE PALMESE, individually,
RICHARD LISENBEE, individually, ROBERT
HAMER, individually and WILLIAM
MURPHY, individually,

## VERDICT FORM

**Negligence claim against Sheriff Scott**

1. Was there negligence on the part of Sheriff Mike Scott which was the legal cause of Patricia Ermini's injuries?

                                 YES **X**       NO \_\_\_\_\_

       If your answer to question 1 is YES, please answer question 2.

       If your answer to question 1 is NO, your verdict is complete; please sign and date your verdict form and return it to the courtroom.

2. Was Patricia Ermini under the influence of alcoholic beverages to the extent that her normal faculties were impaired, or her blood alcohol level was 0.08% or higher,

1

and that as a result of the influence of such alcoholic beverage, Patricia Ermini was more than 50% at fault for this incident and her resulting injuries?

YES_____  NO __X__

If your answer to question 2 is YES, your verdict is complete; please sign and date your verdict form and return it to the courtroom.

If your answer to question 2 is NO, please answer question 3.

3. Was there negligence on the part of Patricia Ermini which was the legal cause of her injuries?

YES __X__  NO____

If your answer to question 3 is NO, please proceed to question 5.
If your answer to question 3 is YES, please answer question 4.

4. State the percentage of any negligence which was a legal cause of Patricia Ermini's injuries that you charge to:

Sheriff Mike Scott - __75__%

Patricia Ermini - __25__%

Total must be 100%

5. What is the total amount of Patricia Ermini's damages for pain and suffering disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, scarring and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?

Total Damages of Patricia Ermini   $ __1,000,000.00__

(In determining the amount of damages, do not make any reduction because of the negligence, if any, of Patricia Ermini. If you find that Patricia Ermini was negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.)

2

SO SAY WE ALL, this __1b__ day of January, 2018.

_____
FOREPERSON