# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**PATRICIA I. ERMINI,**

      **Plaintiff,**

**v.**                                                                           Case No:   2:15-cv-701-FtM-31CM

**MIKE SCOTT, CHARLENE PALMESE, RICHARD LISENBEE, ROBERT HAMER and WILLIAM MURPHY,**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 173) of the Order (Doc. 172) denying that portion of Plaintiff's Motion for Taxation of Costs (Doc. Nos. 160 and 161) as to the Mediation Fee of $630.00. Defendant filed an objection to Plaintiff's cost motion (Doc. 167), contending (correctly) that mediation fees fall outside the scope of 28 U.S.C. § 1920. What defense counsel failed to disclose is that Judge Steele's Case Management and Scheduling Order (Doc. 44) provides for the Plaintiff's recovery of mediation fees as a prevailing party (Doc. 44). Indeed, defense counsel had taken advantage of that provision in a previous case, Case No. 2:13-cv-566 (Doc. Nos. 66 and 71). Perhaps recognizing that a response to Plaintiff's Motion would not be well received, Defendant did not object to Plaintiff's Motion for Reconsideration. In consideration of the above, it is

**ORDERED** that Plaintiff's Motion for Reconsideration is GRANTED. The Mediation fee of $630.00 will be added to the Bill of Costs, and the Clerk is directed to enter a cost judgment in Plaintiff's favor and against Defendant Mike Scott as Sheriff of Lee County, Florida, in the amount of $19,396.22.

It is further **ORDERED** that Defendant Mike Scott and his counsel show cause in writing by May 30, 2018, why sanctions should not be imposed for violation of counsel's duty of candor to the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 21, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party