UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA I. ERMINI,  
formerly known as PATRICIA I. MAPES,

CASE NO. 2:15-cv-701-FtM-31-CM

    Plaintiff,

vs.

MIKE SCOTT, as Sheriff of Lee County, Florida,
CHARLENE PALMESE, individually, RICHARD
LISENBEE, individually, ROBERT HAMER,
individually and WILLIAM MURPHY, individually,

    Defendants.
_____/

**DEFENDANT SCOTT AND HIS COUNSEL'S RESPONSE TO COURT'S ORDER REQUIRING THEM TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S LACK OF CANDOR TO THE COURT**

    The Defendant, MIKE SCOTT, as Sheriff of Lee County, Florida, and his counsel BRUCE JOLLY, ESQ., respond to this Court's Order requiring them to show cause why sanctions should not be entered against them for lack of candor as follow:

    Mea Culpa.

    This Court, and counsel for the Plaintiff, are owed an apology by undersigned counsel. Undersigned counsel at no time intended to deceive this Court or Plaintiff's counsel.

    A substantial portion of the practice of the undersigned law firm is conducted in Federal Court as it specializes in defending law enforcement agencies in civil rights and related claims litigation. Undersigned counsel and this firm have been appearing in this court for over 20 years, and at any given time his firm is defending numerous active lawsuits pending in the United States District Court for the Middle District of Florida. Over the years undersigned counsel and his firm have defended several civil rights lawsuits brought by claimants who were represented by Plaintiff's

counsel here, Ms. Colleen MacAlister, and she knows from prior lawsuits that lack of candor and untruthfulness are not something in which undersigned counsel engages.

In this case, when Plaintiff filed her Motion to Tax Costs, seeking an award of costs in the sum of $23,857.22, which included mediation fees in the sum of $630 [DE 160] undersigned counsel assigned the task of preparing the response to an associate attorney (Matthew Wildner). Attorney Wildner prepared the response, specifically objecting to the $630 in mediation fees and $4,500 relating to expert witness fees on the grounds that these costs fall outside of parameters of 28 U.S.C Section 1920. As the response was prepared, it appears that attorney Wildner, who resigned from the firm on March 30, 2018, did not refer to the Case Management and Scheduling Order entered by Judge Steele and as cited by Plaintiff Ermini as support for her seeking recovery of the mediation costs. Although undersigned counsel reviewed the opposition memorandum, he did not notice that attorney Wildner neglected to review the Case Management Scheduling Order and, frankly, forget that specific portion of the Order that allowed for and awarded mediation costs to the prevailing party. Undersigned counsel was not involved in the Barfield case upon which Plaintiff relies, and was unaware that an Order taxing mediation fees has been entered in that matter.

It appears, in retrospect, that reliance by undersigned counsel on the work product of the assigned firm associate was ill advised. Undersigned counsel is embarrassed by this occurrence and acknowledges the error. The attorney that did the actual work up should have been more thorough, and undersigned counsel, in reviewing that work product should have been more thorough.

As the error is acknowledged, undersigned counsel additionally acknowledges that Plaintiff's attorney was required to do additional work up which, in light of the occurrences in that matter, should not have been required.

**HEREBY CERTIFY** that a copy of the foregoing was e-filed using the CM/ECF system this **30th** day of May, 2018 , to: Colleen J. MacAlister, Esquire, Law Offices of Colleen J. MacAlister, P.A., attorney for Plaintiff, 5051 Castello Drive, Suite 217, Naples, Florida  34103 (colleen@cjmaclaw.com).

        PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
        Attorneys for Defendants
        2455 East Sunrise Boulevard, Suite 1216
        Fort Lauderdale, Florida 33304
        Telephone (954) 462-3200
        Telecopier (954) 462-3861
        Email: bruce@purdylaw.com

BY:    ***/s/ Bruce W. Jolly***
        BRUCE W. JOLLY
        Fla. Bar No. 203637